RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 01 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

OF NORTHERN GEORGIA

Branden Gray

1295 E rock springs road

Atlanta Ga 30306

**PETITIONER**

Vs

The Realty Associates Fund XI Portfolio d/b/a The Sidney At Morningside

1295 E rock Springs Road

Atlanta Ga 30306

1  19-CV-0559

CASE NUMBER:19D68141

NOTICE OF REMOVAL AND FEDERAL STAY OF EVICTION PURSUANT TO 28 USCA 14469(D)

TO: **The Sidney At Morningside**

You are hereby notified of filing of removal in the United States District Court for the Northern District of Georgia District of GEORGIA of the above stated case with the Magistrate Court of Dekalb County Georgia in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure. The proceedings occurring are in violation of the Uniform Commercial Code and 15 USC 1692 Rule 60 of the Federal Rule of Civil Procedure. Pursuant to the provisions of section 28 USCA 1446 (D) The Magistrate court of Clayton county shall not proceed with any eviction of the perimeter from the real property that is subject matter of this case until it is remanded or so ordered from the United States District Court.

_____
Branden Gray

(Pro Se)

Receipt is hereby acknowledge of the foregoing written notice and of filing the petition for removal

Cc: Magistrate Court of Dekalb County


Branden Gray

1295 E rock springs road

Apt 314

Atlanta ga 30306