# MAGISTRATE COURT OF DEKALB COUNTY
## DISPOSSESSORY WARRANT

**The Realty Associates Fund XI Portfolio, L.P. d/b/a The Sidney at Morningside**
1295 E Rock Springs Rd
Atlanta, GA 30306   404-875-8436
Plaintiff's name, address, phone No.

Case No. 19D68141

Eviction Labor: PDQ Services, Inc.   813339

Calendar Code: atty/FHCW

**VS**

**Brandon Gray and All Other Occupants**

1295 E Rock Springs Rd   Apt. 314
Atlanta, GA   30306
Defendant's name address:

Plaintiff's Attorney and Address:

Ga. Bar No. _____

The Realty Associates Fund XI Portfolio, L.
P. O. Box 2109
Woodstock, GA   30188-1374

1. Defendant is in possession as tenant of premises at the address in Dekalb County as stated.
2. Affiant is the ( ) Owner, ( ) Attorney, (XXX) Agent, ( ) Lessee of the owner of said premises.
3. Defendant Fails To Pay Rent Which Is Now Past Due
4. Plaintiff desires and has demanded posession of the premises.
5. Defendant has failed and refused to deliver posession of the premises.

WHEREFORE, Plaintiff DEMANDS:

(a) possession of the premises.
(b) past due rent of $2,300.00 for the period beginning Tuesday, January 01, 2019
(c) rent accruing up to the date of judgment or vacancy at the rate of $65.83 per day.
(d) Other: Court costs of: $54.00 late fees of: $0.00 plus 53.06 Utilities

**Balance Summary**

| | |
|---|---|
| Past Due Rent | $2,300.00 |
| Late Fee: | $0.00 |
| Utilities: | $53.06 |
| Warrant Fee | $0.00 |
| Other Fees | $0.00 |
| Bal Due: | $2,353.06 |

Plus Court Costs

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

Electronically signed and dated This 10 day of January, 2019.

By: Melodie Winbush   Agent, The Realty Associates Fund XI Portfolio, L.P. d/b/a The Sidney at Morning

## SUMMONS

TO: THE MARSHAL of the Magistrate Court of Dekalb County or his lawful deputies,

GREETINGS: The defendant herein is hereby commanded and required personally or by attorney to file with the Clerk of the Magistrate Court of Dekalb County, 2nd Floor, Suite 270, Administrative Tower, Dekalb County Courthouse, 556 N. McDonough St., Decatur, Georgia within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.

WITNESS the Honorable Chief Judge of said Court.

The above affidavit was sworn to and subscribed before the undersigned Deputy clerk by affiant as provided by O.C.G.A. 44-7-50 and summons issues pursuant thereto.

This _____ 10 _____ day of _____ January _____ 2019 _____ DEPUTY CLERK

## PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:

☐ Personally _____
☐ Defendant not found in the jurisdiction of this Court
☐ To a person sui juris residing on the premises (Name) _____
   Age _____ Wt. _____ Ht. _____
☒ By posting a copy to the door of the premises and depositing a copy in the U. S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice to the Defendant(s) to answer at the place stated in said summons.

Defendant to Answer ON or BEFORE: 1/25/19

Sworn to, subscribed and filed before me, this
_____ day of _____, 2019

DATE OF SERVICE 1/18, 20 19

_____ Notary Public

_____ Process Server

HANK TORT

MAGISTRATE COURT OF
DEKALB COUNTY, GA.
1/11/2019 9:50 AM
FILED
BY: Ember Coloni