```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| THE REALTY ASSOCIATES FUND XI PORTFOLIO, L.P., | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:19-CV-559-CAP |
| BRANDON GRAY and all other occupants, | |
| Defendants. | |

## O R D E R

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 2nd day of May, 2019.

>  /s/CHARLES A. PANNELL, JR.
>  CHARLES A. PANNELL, JR.
>  United States District Judge